UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10439-PBS |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10449-PBS |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE BRIEFS

Now come respondents Jeffrey Shields, Joel Wetmore, and Charles Peavy through counsel and request that this Court allow them an additional 7 days to file briefs raising constitutional challenges to the sexually dangerous person statute, 18 U.S.C. § 4248. The briefs are presently due on May 7, 2007; the defendants request that they be allowed to file the briefs on May 14, 2007. In support of this request counsel state that they require the additional time to prepare the briefs due to the novel nature of the issues presented and very heavy caseloads. In addition, defendants anticipate receipt of a discovery response from the government that could have implications for the content their briefs.

The government has assented to this request.

        JEFFREY SHIELDS
        JOEL WETMORE
        CHARLES PEAVY
        By their attorneys,

        <u>/s/ Page Kelley</u>
        Page Kelley
          B.B.O. #548237
        William Fick
          B.B.O. #650562
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061


<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2007.

        <u>Page Kelley</u>