UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | DOCKET NO.  07-12056-PBS |
| ) | |
| ) | |
| JEFFREY SHIELDS         ) | |

DEFENDANT'S MOTION TO FILE EX PARTE AND UNDER SEAL

Counsel for defendant, Jeffrey Shields, hereby requests that this Court permit her to file a Motion for Travel Expenses Ex Parte and Under Seal. As grounds for this motion counsel submits that the information contained in that motion is confidential.

JEFFREY SHIELDS
By his attorney,

/s/Page Kelley
Page Kelley
Assistant Federal Public Defender
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

November 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2007.

/s/ Page Kelley
Page Kelley