UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JEFFREY SHIELDS )<br>) | Docket No.:  07-12056-PBS |

RESPONDENT'S LIST OF POTENTIAL WITNESSES

For purposes of jury selection, respondent, Jeffrey Shields, requests that the Court inquire as to whether any prospective jurors know the following persons:

1. Dr. Craig Rypma of Des Moines, Iowa

2. Detective Kelly Gorham of the Portland Police Department, Portland, Maine

3. United States Probation Officer Dan Kelly of Portland, Maine

4. Dr. Dawn Graney from Butner, North Carolina

5. Raenae Moore of Portland, Maine

6. Stephen Thomas of Portland, Maine

        Respectfully submitted,
        JEFFREY SHIELDS
        By his attorney:

        /s/ Page Kelley
        Page Kelley
        Assistant Federal Defender
        Federal Defender Office
        408 Atlantic Ave.
        Boston, MA 02110

September 1, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2008.

                                                     /s/ Page Kelley
                                                     Page Kelley