# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-12056-PBS |
| | ) | |
| JEFFREY SHIELDS, | ) | |
| Respondent. | ) | |

## DECLARATION OF TRACY JOHNS

I, TRACY JOHNS, hereby declare and state as follows:

1. I am employed by the Federal Bureau of Prisons ("BOP"), at the Federal Correctional Complex in Butner, North Carolina. ("FCC Butner"). FCC Butner is comprised of five correctional facilities including a federal medical center, two medium security correctional institutions, a low security correctional institution, and a minimum security camp. I am currently assigned as the Warden at the Federal Correctional Institution ("FCI Butner"), the Low Security Correctional Institution, and the Federal Prison Camp. I have been employed in this position since May 2007, and have been employed by the BOP since February 1984.

2. In this Court's February 12, 2009, Findings of Fact and Conclusions of Law and Order, the Court ordered, in part that the Attorney General "explain why the facility is 'suitable' for Respondent Shields, particularly with respect to the suitability of the facility's rehabilitation programs for meeting the needs of Respondent Shields; and [s]exual offender treatment shall be offered to Respondent and shall be ready to commence within thirty (30) days of this ORDER, and an affidavit shall be filed by the director of the facility documenting the program". As Warden of FCI Butner, I am the director of the facility providing treatment to Mr. Shields.

3. The BOP has established the Commitment and Treatment Program for Sexually Dangerous Persons ("CTP"), and has designated FCI Butner as the facility where certified, post sentence persons and civilly committed sex offenders will be transferred for confinement and treatment. FCI Butner is staffed with trained Psychologists and other individuals with training in the treatment of sexual offenders. FCI Butner is also equipped with other resources necessary to effectuate the custody, care, and treatment of certified or committed sexually dangerous persons. FCI Butner staff are currently prepared to commence sex offender specific treatment for committed persons, and particularly for Jeffery Shields.

4. The treatment approaches of the CTP are supported by scientific research and are generally accepted by the community of professionals who treat sexual offenders. Assessment focuses on factors related to sexual offending and general criminal behavior. Treatment interventions are tailored to the participant's level of risk, particular strengths, weaknesses and other treatment needs, and are used to promote change with the ultimate goal of lowering the risk of sexual offense and dangerousness. The primary treatment activities may include treatment groups and individual therapy using evidence-based treatment practices to address an inmate's specific treatment needs.

5. The CTP utilizes a multi-disciplinary treatment team approach that integrates several departments to develop and treatment and behavioral plans for CTP inmates, and to implement a Levels of Privilege System that provides inmates the opportunity to progress through the phases of treatment and to gain more privileges. The treatment program structure at FCI Butner consists of four main phases of treatment which include the following phases. Phase I - Orientation, Evaluation, Treatment Planning, and Pretreatment, orients CTP inmates to the program's policies and procedures, and evaluates the inmates for treatment planning purposes. Phase II - Basic Skills and Treatment Fundamentals focuses on teaching skills including but not limited to conflict resolution and social skills, management of negative emotions, management of criminal thinking patterns, management of deviant sexual behavior, understanding of victim impact, and understanding moral reasoning. Phase III - Advanced Skills and Treatment Integration focuses on skills including but not limited to management of healthy sexuality, relapse prevention and lifestyle balance, advanced self-regulatory skills, advanced relationship and intimacy skills, victim empathy. Phase IV - Community Reintegration Preparation and Planning includes but is not limited to advanced relapse prevention, effective life planning, employment readiness, and self-governance skills. These phases are based on tasks and competencies that generally inmates must complete before proceeding to the next phase. There is also another phase of treatment which refers to an inmate's conditional release to the community. While identified as a separate phase of treatment, an inmate may be determined by clinical staff to be appropriate for a conditional release to the community at any point during his commitment.

6. Jeffrey Shields, has been committed to the custody of the Attorney General pursuant to Title 18 U.S.C. § 4248 (d), and has been transferred to FCI Butner to receive sex offender treatment. Mr. Shields arrived at FCI Butner on February 26, 2009.

7. Since his arrival at FCI Butner Mr. Shields has met with his assigned clinical psychologist on a daily basis. Mr. Shields was given a document providing informed consent to participate in sex offender treatment, and has discussed the informed consent form with the psychologist. While Mr. Shields has indicated his willingness to participate in recommended treatment, he has not yet signed the informed consent document because he is waiting for advice from his attorney. As soon as Mr. Shields signs the consent form, clinical staff intend to conduct a thorough evaluation for the purpose of treatment planning.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of March 2009.

_____
Tracy W. Johns
Warden, FCI Butner